In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00540-CR**
_____

**JASON DAVID WINFREE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-10484**

**MEMORANDUM OPINION**

Jason David Winfree pleaded guilty under a plea agreement to the third-degree felony offense of indecency with a child, enhanced by a prior felony conviction. *See* Tex. Penal Code Ann. §§ 21.11(a)(2) (West 2011); 12.42(a) (West Supp. 2013). The trial court deferred adjudication of guilt, assessed a fine of $500, and placed Winfree on unadjudicated community supervision for ten years. The State filed a motion to revoke community supervision. Winfree pleaded "true" to violations of his supervision. Finding Winfree violated the terms of his community

1

supervision, the trial court revoked Winfree's supervision, adjudicated his guilt, and sentenced him to twenty years in prison.

Winfree's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Winfree to file a *pro se* response. We received no response from Winfree.

We have independently reviewed the clerk's record and reporter's record to determine whether there are arguable grounds which might support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826-28 (Tex. Crim. App. 2005); *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). We have found none. Therefore, it is unnecessary to order appointment of new counsel to re-brief Winfree's appeal. *See Bledsoe*, 178 S.W.3d at 826-28; *compare Stafford*, 813 S.W.2d at 511.

We affirm the trial court's judgment.

AFFIRMED.

_____
LEANNE JOHNSON
Justice

Submitted on May 15, 2014
Opinion Delivered June 11, 2014
Do Not Publish
Before McKeithen, C.J., Horton and Johnson, JJ.